UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-09898-SPG-PVC | Date | March 5, 2026 |
|---|---|---|---|
| Title | BIC Corporation et al v. LAX Distribution LLC et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE |
|---|---|

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION**

On January 6, 2026, the Court granted the parties' joint stipulation to continue certain deadlines set forth in the Scheduling Order, (ECF No. 33-1 ("Scheduling Order")). (ECF No. 37 ("Continuance Order")). Specifically, the deadline for the parties to file first round trial filings was set for February 27, 2026, and the deadline for the parties to file second round trial filings was set for March 13, 2026. As described in the Scheduling Order, first round trial filings include: (a) any motions in limine; (b) memoranda of contentions of fact and law; (c) witness lists; (d) joint exhibit list; (e) joint status report regarding settlement; and (f) proposed findings of contentions of fact and law. (Scheduling Order).

Plaintiffs bear the burden to prosecute their case. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992) (recognizing that it is plaintiff's "burden . . . to prosecute his case properly"). If any party is "is substantially unprepared to participate" in a final pretrial conference or "fails to obey a scheduling or other pretrial order," the Court has authority to "issue any just orders," including sanctions contemplated by Rule 37(b)(2)(A)(ii)–(vii).  Fed. R. Civ. P. 16(f)(1)(A)–(C). This Court's Civil Pretrial and Trial Order states that failure to comply with the requirements of the scheduling order may subject the parties to the imposition of sanctions. (ECF No. 33 at 7 ("The Court may take the FPTC and trial off calendar or impose other sanctions for failure to comply with [trial preparation] requirements.")).

Based on the Court's review of the docket, the parties have not complied with the first round pretrial filing requirements set forth in the Scheduling Order and Continuance Order. The Court is in receipt only of Plaintiffs' Memorandum of Contentions of Fact and Law, (ECF No. 38), and Plaintiffs' Witness List, (ECF No. 39). The record is absent of any joint exhibit list, joint status report regarding settlement, or proposed findings of contentions of fact and law. Nor have Defendants filed any document related to their pretrial filing obligations.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 2:24-cv-09898-SPG-PVC | Date | March 5, 2026 |
|---|---|---|---|
| Title | BIC Corporation et al v. LAX Distribution LLC et al | | |

Therefore, in light of Plaintiffs' deficient pretrial filings, and the absence of any filings by Defendants, the Court ORDERS as follows:

1) Plaintiffs are ORDERED to Show Cause, in writing, why the Court should not dismiss the case for lack of prosecution. Plaintiffs' written response must be filed before the Court by Wednesday, March 18, 2026, at 5:00 p.m. Failure to timely respond to the Order to Show Cause may subject Plaintiffs to sanctions, including dismissal of the case. Defendants are also ordered to show cause by March 18, 2026, why sanctions should not be imposed up to and including striking of their Answer.

2) The Final Pretrial Conference set for March 25, 2026, at 3:00 p.m., is converted to a Status Conference. The parties should be prepared to discuss the status of the case.

3) All other dates, except Plaintiffs' and Defendants' Order to Show Cause deadline on March 18, 2026, and the Status Conference on March 25, 2026, are vacated and taken off calendar.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg