UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-09898-SPG-PVC | Date | June 15, 2026 |
| Title | BIC Corporation et al v. LAX Distribution LLC et al | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) STIPULATION OF DISMISSAL (JS-06)**

The parties filed a stipulation of dismissal, (ECF No. 58), stipulating to dismiss the action with prejudice in its entirety, and is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order, (ECF No. 58-1), as moot, and all pending dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    pg